

# Fourth Court of Appeals
## San Antonio, Texas

December 21, 2016

No. 04-16-00085-CV

**WHATABURGER, INC**., CA Development LLC, CA Real Estate LLC, Cinco Aguilas LLC, Tres Aguilas Enterprises LLC, Tres Aguilas Management  LLC, Whataburger International LLC, Whataburger Real Estate LLC, Whataburger Restaurants LLC, et al.,
Appellants

v.

**WHATABURGER OF ALICE, LTD**.,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-01431
Honorable Gloria Saldana, Judge Presiding

## O R D E R

On November 22, 2016, this Court ordered appellant to show cause why this appeal should not be abated or dismissed for lack of jurisdiction due to the issue whether the trial court entered a final judgment.  On December 16, 2016, the parties filed a joint motion to abate this appeal to provide time "to request that the trial court sever all 'site selection rights and issues' that have been ruled on . . . from appellee's claims for attorneys' fees associated with the 'site selection rights and issues'. . . ."

IT IS SO ORDERED the parties' joint motion to abate is GRANTED.  The trial court shall issue a final judgment that disposes of all parties, issues and causes of action pursuant to its own discretion or pursuant to the parties' agreed order.  Upon this abatement, all parties shall

proceed expeditiously and in good faith to obtain any final judgement or order of severance, and upon doing so shall notify this Court immediately.

IT IS ALSO ORDERED that the district clerk file a supplemental clerk's record which contains any new judgment or severance order from the trial court on the attorneys'-fee issue.

The abatement of this appeal shall be lifted automatically on the earliest of thirty days from the date of abatement or the parties' notice to this Court. Once abatement is lifted, this matter will be set for oral argument at its earliest opportunity without re-briefing.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of December, 2016.

_____
Keith E. Hottle
Clerk of Court